IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOHN I. WILLIAMS**  PLAINTIFF

VS.  CIVIL ACTION NO. 5:10CV52 DCB-JMR

**ALFA INSURANCE CORPORATION,
THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
JOHN DOES 1-10, A-M CORPORATION 1-13 and
N-Z CORPORATIONS 1-13**  DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE OF ALFA INSURANCE CORPORATION ONLY

Before this Court is the joing motion of the plaintiff, John I. Williams, and the separate defendant, Alfa Insurance Corporation, through respective counsel, who moved this Court to dismiss with prejudice all of the claims of the plaintiff against the separate defendant, Alfa Insurance Corporation, only, in the above referenced civil action. The Court, having considered the joint motion, noting the agreement of the plaintiff and separate defendant, Alfa Insurance Corporation, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-referenced civil action filed by the plaintiff against separate defendant, Alfa Insurance Corporation, shall be and hereby is dismissed in its entirety, with prejudice, as to Alfa Insurance Corporation only

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff and separate defendant, Alfa Insurance Corporation, shall be responsible for the payment of their own respective attorneys' fees, expenses and costs in this civil action.

IT IS FURTHER ORDERED AND ADJUDGED that this Agreed Judgment of Dismissal with Prejudice of Alfa Insurance Corporation shall have no effect on the remaining parties and causes of action, and all claims and causes of action that the plaintiff has against the remaining defendants are reserved.

LASTLY, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, this Court expressly determines that there is no just reason for delay and expressly directs that a final judgment be entered regarding all of the claims of the plaintiff, John I. Williams, against separate defendant, Alfa Insurance Corporation.

SO ORDERED AND ADJUDGED, this the 30th day of December, 2010.

                                            s/David Bramlette
                                            UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:

_[signature]_
Philip E. Carby, Esq.
PHILIP E. CARBY, P.C.
*Counsel for the plaintiff, John I. Williams*

_[signature]_
H. Wesley Williams, III, Esq.
James H. Hall, Esq.
MARKOW WALKER, P.A.
*Counsel for the separate defendant, Travelers Indemnity Company of America*

_[signature]_
Al Nuzzo, Esq. (MSB #3892)
MARKOW WALKER, P.A.
*Counsel for the separate defendant, Alfa Insurance Corporation*